FOR PUBLICATION

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| KELLY ANN CHAKOV MCDOUGALL, an individual and as trustee; JULIANA GARCIA, an individual; SECOND AMENDMENT FOUNDATION; CALIFORNIA GUN RIGHTS FOUNDATION; FIREARMS POLICY COALITION, INC.,<br><br>   *Plaintiffs-Appellants*,<br><br>v.<br><br>COUNTY OF VENTURA; BILL AYUB; WILLIAM T. FOLEY; ROBERT LEVIN; VENTURA COUNTY PUBLIC HEALTH CARE AGENCY,<br><br>   *Defendants-Appellees.* | No. 20-56220<br><br>D.C. No.<br>2:20-cv-02927-<br>CBM-AS<br><br><br>ORDER |

Filed June 29, 2022

Before: Mary H. Murguia, Chief Judge, and Andrew J. Kleinfeld, M. Margaret McKeown, Consuelo M. Callahan, Jacqueline H. Nguyen, Andrew D. Hurwitz, Michelle T. Friedland, Ryan D. Nelson, Eric D. Miller, Gabriel P. Sanchez and Holly A. Thomas, Circuit Judges.

Order

**COUNSEL**

Joseph G.S. Greenlee, Firearms Policy Coalition, Sacramento, California; Raymond M. DiGuiseppe, DiGuiseppe Law Firm P.C., Southport, North Carolina; Ronda Baldwin-Kennedy, Law Office of Ronda Baldwin-Kennedy, Agoura Hills, California; for Plaintiffs-Appellants.

Jeffrey Barnes, Chief Assistant County Counsel; Christine Renshaw, Assistant County Counsel; Office of the County Counsel, Ventura, California; for Defendants-Appellees.

**ORDER**

The district court's judgment is vacated, and this case is remanded to the district court for further proceedings consistent with the United States Supreme Court's decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. ___ (2022).

The parties shall bear their own attorney's fees, costs, and expenses. This order constitutes the mandate of this court.

**VACATED AND REMANDED.**